**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lance Bishop STEGLICH, a/k/a Robert
Rock, Defendant–Appellant.**

**No. 10–6053.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 28, 2010.

Lance Bishop Steglich, Appellant Pro Se. Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Bishop Steglich appeals the district court's order denying relief on his second motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Steglich,* No. 3:00–cr–00063–jpj–9 (W.D.Va. Dec. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*